# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, Chief U.S. Magistrate Judge    Court appearing by video conference
Criminal No. 1:24-cr-00034-RGE-HCA-2   :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Rosella Raeann Weaver

---

Gov. Atty(s): Shelly M. Sudmann    : ✔ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Michael F. Maloney    : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ✔ In Person ☐ Video Conference : Code Violation/Offense:
     ✔ All Parties Consent to Video Proceeding : 18:1591(a)(1), (a)(2) and (b)(1); 18:1594(c). Conspiracy to
Court Reporter: FTR Gold    : Engage in Sex Trafficking By Force, Fraud, and Coercion
Interpreter: N/A    : (1)
     ☐ Interpreter Sworn

Date: 4/29/2024

Initial Appearance Start Time: 1:17 pm    Arraignment Start Time: 1:22 pm    End Time: 1:30 pm

## Initial Appearance

✔ Advised of Rights    : ✔ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights    : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
✔ Rule 5 Admonition Given    :

## Arraignment

Trial Scheduled for: 7/8/2024    : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: 5/9/2024    : ✔ Indicted in True Name
Reciprocal Discovery due: 5/20/2024    :    True Name:
Pretrial Motions due: 6/17/2024    : ✔ Reading of Indictment Waived
Plea Notification Deadline: 6/26/2024    :    Plea of Not Guilty Accepted as to Ct(s): 1
Plea Entry Deadline: 6/28/2024    : ✔ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):    ✔ Defendant advised that failure to enter a plea by deadline
6/20/2024 at 9:00 am    :    may negatively impact consideration and finding regarding
Counsel shall call 1-877-411-9748, access code 1376500 (WPK)    reduction in offense level based upon Acceptance of
   Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention    :
☐ Defendant Waived Preliminary Examination    : Detention Hearing Set: 5/7/2024 at 2:00 pm via VTC
☐ Defendant Waived Detention Hearing    : Before: The Honorable Helen C. Adams
Court Ordered Defendant:    : Courthouse: Council Bluffs    Room: 100
☐ Released on Bond    : Revocation Hearing Set:
✔ Detained    : Before:
   Courthouse:    Room:

---

Hearings held at the same time as co-defendants, Mensah Lateef Olloway and Dakota Michale Grund. The Court finds that today's hearing was conducted by reliable electronic means.

/s/V. Rule
Deputy Clerk