IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DYLAN KRISTOPHER ELROD,<br><br>  Defendant. | No. 1:24-cr-00034-RGE-HCA-4<br><br>**ORDER FOR PRESENTENCE INVESTIGATION AND SUBMISSION OF SENTENCING MATERIALS** |

**I.     PRESENTENCE INVESTIGATION AND REPORT**

Within fourteen calendar days following the date of adjudication or plea proceeding, pursuant to the Administrative Order filed on December 5, 1994, counsel for the United States Attorney's Office shall provide to the United States Probation Office and serve upon opposing counsel a written statement of the Defendant's offense conduct in the case. In accordance with this Order, the offense conduct statement shall be provided no later than March 14, 2025.

The United States Probation Office shall complete a presentence investigation, and the initial presentence report (PSR) shall be completed and disclosed to parties within sixty calendar days following the date of adjudication or plea proceeding. In accordance with this Order, the initial PSR shall be disclosed on April 29, 2025. Initial disclosure of the PSR shall occur via electronic filing on CM/ECF.

Within fourteen days after disclosure of the initial PSR, pursuant to Federal Rule of Criminal Procedure 32(f)(1), counsel shall file with the Court any objections counsel may have to any material facts, information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the PSR. In accordance with this Order, objections shall be filed by no later than May 13, 2025. If a party has no objections to the PSR, a statement

indicating such shall be filed by this same date.

## II. OBJECTION MEETING

It is the responsibility of counsel to be prepared for and participate in an objection meeting if one is necessary. In accordance with Federal Rule of Criminal Procedure 32(f)(3), the United States Probation Office shall contact counsel to determine the parties' readiness to proceed with sentencing and conduct a meeting to address any objections or logistics relating to sentencing.

No later than May 20, 2025, the United States Probation Office shall contact the Court and confirm that the case is ready to proceed to sentencing as scheduled; reschedule the sentencing date, if necessary; and/or address any other logistical matters related to sentencing.

## III. SENTENCING DATE

The parties involved shall appear before the Court for sentencing proceedings on July 16, 2025, at 10:30 a.m., at the United States Courthouse in Council Bluffs, Iowa, before United States District Judge Rebecca Goodgame Ebinger. The estimated time required for the sentencing hearing is sixty minutes; however, the parties shall notify the Court if more time is needed. In accordance with 18 U.S.C. § 3552(d), the final PSR shall be disclosed to the Court and parties at least ten days prior to the date set for sentencing. The United States Probation Office will advise the Court as to the projected length of the sentencing hearing, whether the parties intend to call witnesses, whether it is anticipated that any victims may wish to be present and/or address the Court, and whether there are any unique logistical or scheduling issues.

## IV. PRESENTENCE SUBMISSIONS

On or before five days prior to sentencing, the parties shall each file a sentencing memorandum, setting forth any outstanding disputes as to the application of the United States Sentencing Guidelines and the position of the party as to the appropriate sentence to impose under the factors set forth in 18 U.S.C. § 3553(a). Any other motion or brief the party would

like the Court to consider must be filed by the same date. Additionally, by the same deadline, the parties shall file, under seal, any letters or other exhibits the party would like the Court to consider at the sentencing hearing, with copies provided to opposing counsel and the United States Probation Office. The requirements in this section do not apply to resistances or responses to motions or briefs served less than five days before the sentencing hearing, Government motions under USSG §5K1.1 or 18 U.S.C. § 3553(e), or rebuttal or impeachment exhibits.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE