**United States District Court for the Southern District of Iowa**

Presiding: Honorable Rebecca Goodgame Ebinger

Case No. 1:24-cr-00034-RGE-HCA       :   Clerk's Court Minutes – Jury Trial - Day 6

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| UNITED STATES OF AMERICA | : | MENSAH LATEEF OLLOWAY and |
| | : | ROSELLA RAEANN WEAVER |

Plaintiff(s) Counsel: Shelly M. Sudmann, Jason T. Griess

Defendant(s) Counsel: Joseph J. Hrvol (Olloway, Def. 1); Jerrold R. Black (Weaver, Def. 2)

Court Reporter: Karla Ray                    :   Interpreter:

Motion(s) for Ruling:                         Ruling    /    Ruling Reserved

Proceedings:

Court resumes outside the presence of the jury. Court makes a record of receiving plea agreements as to both defendants. 9:42 a.m. Court proceeds to plea hearings. See separate minutes.

Time Start: 9:39 a.m.

Time End:  9:42 a.m.

Date: March 3, 2025

/s/ Kandy Sands
_____

Deputy Clerk